IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Derek Rotondo,

    Plaintiff(s),

vs.

JP Morgan Chase Bank,

    Defendant(s).

Case Number: 1:19cv408

Judge Susan J. Dlott

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment in the Eastern Division in Columbus.

IT IS SO ORDERED.

*Susan J. Dlott* (signature)
Susan J. Dlott
United States District Court